**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Donald Ceasar GILL, aka Donald Rollins
Gill, aka James Wright, Appellant.**

**No. 71–1717.**

United States Court of Appeals,
Ninth Circuit.

Dec. 17, 1971.

James D. Walsh, Sacramento, Cal., for appellant.

Dwayne Keyes, U. S. Atty., Bruce Babcock, Jr., William B. Shubb, Asst. U. S. Attys., Sacramento, Cal., for plaintiff-appellee.

Before CHAMBERS, KOELSCH and ELY, Circuit Judges.

PER CURIAM:

The judgment of conviction in this Dyer Act case is affirmed.

The evidence of guilt was overwhelming, and we find it all to have been properly admitted. Cf. United States v. De Georgia, 420 F.2d 889 (9th Cir. 1969).

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Richard Carl SMITH, Defendant-Appellant.**

**No. 71–1279.**

United States Court of Appeals,
Ninth Circuit.

Dec. 3, 1971.

Before HAMLIN and WRIGHT, Circuit Judges, and GOODWIN, District Judge.

PER CURIAM.

Appellant has submitted to the clerk a Petition for Rehearing which, although not timely made, is now ordered to be filed. Appellant relies on United States v. Baray, 445 F.2d 949 (9th Cir. 1971), decided after the opinion herein, 443 F.2d 1278, was filed.

The court has considered the petition and concludes that it must be denied on the basis of our opinion in United States v. Stupke, 451 F.2d 997 (9th Cir. 1971).